B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 14–42974**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodrigo Garcia
9740 S. Pulaski Road, Apartment
406
Oak Lawn, IL 60453

Social Security / Individual Taxpayer ID No.:
xxx–xx–1249

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: March 17, 2015

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18 (Official Form 18) (12/07) – Cont.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-42974-JBS
Rodrigo Garcia                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin          Page 1 of 1          Date Rcvd: Mar 17, 2015
                             Form ID: b18          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2015.
db           +Rodrigo Garcia,    9740 S. Pulaski Road, Apartment 406,    Oak Lawn, IL 60453-3331
22683051     +BMO Harris Bank NA,    Bankruptcy Dept.-Brk-1,    770 N Water Street,    Milwaukee, WI 53202-0002
22683050     +Bank of America,    Attn: Correspondence Unit,    Po Box 5170,    Simi Valley, CA 93062-5170
22683052     +Department of Education,    FedLoan Servicing,    Po Box 530210,    Atlanta, GA 30353-0210
22683056     +Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22683057     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22683058     +FirstService Residential,    1740 East 55th Street,    Chicago, IL 60615-5982
22683064     +PayPal,    PO Box 105658,    Atlanta, GA 30348-5658
22683066     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22683067     +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
22683070     +US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
22683069     +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
               Washington, DC 20208-0003
22683068     +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
               Washington, DC 20202-0031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: BMKDESMOND.COM Mar 18 2015 01:04:00     Michael K Desmond,    Figliulo & Silverman P C,
               10 S LaSalle Suite 3600,    Chicago, IL 60603-1032
22683054      EDI: DISCOVER.COM Mar 18 2015 01:03:00      Discover Financial Services,    2500 Lake Cook Road,
               Deerfield, IL 60015
22683055      EDI: DISCOVER.COM Mar 18 2015 01:03:00      Discover Financial Services LLC,    Po Box 15316,
               Wilmington, DE 19850
22683053     +E-mail/Text: electronicbkydocs@nelnet.net Mar 18 2015 01:32:54      Department of Education,
               121 S. 13th Street,    Lincoln, NE 68508-1904
22683059      EDI: RMSC.COM Mar 18 2015 01:03:00     Green Tree Servicing,    332 Minnesota Street Suite 610,
               Saint Paul, MN 55101
22683060     +EDI: CAUT.COM Mar 18 2015 01:03:00     JP Morgan Chase Auto,    Attn:National Bankruptcy Dept,
               Po Box 29505,    Phoenix, AZ 85038-9505
22683061     +E-mail/Text: electronicbkydocs@nelnet.net Mar 18 2015 01:32:54      NELNET,    Attn: Claims,
               Po Box 17460,    Denver, CO 80217-0460
22683062     +E-mail/Text: electronicbkydocs@nelnet.net Mar 18 2015 01:32:54      Nelnet,    PO Box 82561,
               Lincoln, NE 68501-2561
22683065     +EDI: RMSC.COM Mar 18 2015 01:03:00     Synchrony Bank,    950 Forrer Boulevard,
               Kettering, OH 45420-1469
                                                                              TOTAL: 9

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22683063*    +NelNet,    Attn: Claims,    PO Box 17460,    Denver, CO 80217-0460
                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2015 at the address(es) listed below:
         Charles L. Magerski    on behalf of Debtor Rodrigo  Garcia Cmagerski@sulaimanlaw.com,
         courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
         m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
         Michael K Desmond    mkd.trustee@fslegal.com,    IL23@ecfcbis.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 3